IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

B.V., MOTHER OF L.F., A CHILD,
    Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES,
    Appellee.

_____/

CASE NO. 5D23-1203
LT CASE NO. 20-DP-95

Decision filed July 20, 2023

Appeal from the Circuit Court
for Marion County,
Stacy M.Youmans, Judge.

Carl S. New, Ocala, for Appellant.

Rachel Batten, Appellate Counsel,
Children's Legal Services, Brooksville,
for Appellee, Department of Children
and Families.

Sara E. Goldfarb, Statewide Director of
Appeals, Tallahassee, and Douglas J.
Glaid, Ft. Lauderdale, Statewide
Guardian ad Litem Office, for Guardian
ad Litem.

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.